# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| MATTHEW WASHINGTON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV415-019 |
| WARDEN HOLT, | ) |
| Respondent. | ) |

## ORDER

The Court **DENIES** Matthew Washington's "Motion For Public Attention and Support" as frivolous. Doc. 8.

**SO** ORDERED, this 1st day of May, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA